IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HEART TO HEART HOSPICE OF TEXAS LTD, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.  3:23-CV-2707-D |
| XAVIER BECERRA, | § § § | |
| Defendant. | § § | |

## ORDER

This civil action is transferred to the docket of Judge Brantley Starr for possible consolidation with Civil Action No. 3:23-CV-2704-X.  All future pleadings shall be filed under Civil Action No. 3:23-CV-2707-X.

**SO ORDERED**.

February 13, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE